# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

July 22, 2020

*Via ECF*

Hon. Judge Arlene R. Lindsey
U.S. Magistrate Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY, 11722

   Re:  *Perez v. Four Seasons Air Conditioning, Inc., et al*
         *Index No. 18-CV-5918 (DHR) (ARL)*

Dear Hon. Judge Lindsey:

     This office Defendants in the above referenced matter. Following the fairness hearing held yesterday via telephone. I have conferred with my clients in order to inquire as to whether Defendants would consent to Your Honor's jurisdiction, as discussed. Defendants respectfully declined to consent to Your Honor's jurisdiction.

     Thank you for your time and consideration regarding this matter.

                                Very truly yours,

                                _____*/S/*_____
                                Joshua Beldner

CC:   VIA ECF
        *Counsel for all parties*